# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO.: 3:11-CR-363-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| MARLON TWAIN SCOTT, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's "Motion & Motion For Status Conference" (Document No. 12); "Motion & Motion For Bond Reconsideration" (Document No. 13); and "Motion & Motion For Reconsideration Of Plea Agreement" (Document No. 14), all filed January 18, 2012.

The record reflects that Mr. Scott is represented by retained counsel, Mr. Kenneth Peter Andresen. It is the practice of this Court, when a defendant is represented by counsel, to rule only on motions filed by counsel of record. Therefore, if Mr. Scott has any matters he wishes this Court to consider, they must be submitted through his attorney. The Court does observe that, in light of these *pro se* filings, counsel for the Defendant should consider whether an Inquiry to Counsel hearing in the case might be warranted.

**IT IS, THEREFORE, ORDERED** that Mr. Scott's "Motion & Motion For Status Conference" (Document No. 12); "Motion & Motion For Bond Reconsideration" (Document No. 13); and "Motion & Motion For Reconsideration Of Plea Agreement" (Document No. 14) are **DENIED** without prejudice to his right to re-file the motions, if appropriate, through his attorney, Mr. Andresen.

**SO ORDERED**.

Signed: January 26, 2012

David C. Keesler
United States Magistrate Judge